**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
<u>**MIAMI**</u>  **DIVISION**
www.flsb.uscourts.gov

In re:                                                                  Case No: 14-15043-BKC-AJC
                                                                               Chapter 13

Ibis Maria Hernandez Chantres &
Enrique Antonio Chantres

<u>                    Debtor          </u>/


**EMERGENCY MOTION TO REINSTATE CHAPTER 13 CASE (PAYOFF TO INTERNAL REVENUE SERVICE AND VEHICLE INCLUDED IN CHAPTER 13 PLAN) AND MOTION FOR ENTRY OF HARDSHIP DISCHARGE**


The debtor(s), by and through their undersigned counsel respectfully moves to set aside the Order Dismissing Chapter 13 case, and in support states as follows:

1. Debtor filed for relief under Chapter 13 in this case on or about March 3rd, 2014.

2. The Debtor was not current with his plan payments pursuant and a Notice of Non-Compliance in the amount of $938.01 was served in this case.

3. The Court entered an Order of Dismissal on or about November 6, 2017.

4. The Debtor has paid in to the Chapter 13 Trustee the sum $99,781.00 which has paid to all of the secured debt.

5. According to the Trustee's ledger, all secured debt has been paid.

6. The Vehicle which has been stripped in the plan and has been paid in full.

7. The *Debtor reached an agreement with the Internal Revenue Service in the plan and it also has been paid in full.*

8. The matter is an emergency as without a Chapter 13 protection and the enforcement of the orders on both the car and the IRS;  the car is at risk to be repossessed and the Internal Revenue has seized the parties joint tax refund.

9. According to the Trustee's ledger unsecured debtors have not been paid however, the amount proposed in the plan to unsecured is $2,940.00.
10. Since the filing of the Bankruptcy case, the Debtor(s) have had a severe change in Financial circumstances which have made it impossible for them to continue in the Chapter 13 plan to wit:
    a. The Debtor and Co-Debtor have two minor children that they are supporting.
    b. The Debtor(s) were forced to sell their homestead property which had been MMM in the plan in a short sale.
    c. The Debtor(s) business has declined and is failing.
        i. Although the business is still operational the rising debt and decline in sales have made it impossible to sustain the business and for the Co-Debtor to earn any salary, income or disbursement of any source.
    d. The Co-debtor is currently seeking other employment and has obtained a real estate license in an attempt to earn income.
    e. The Debtor(s) are currently in arrears on the rental of the property they are currently living in and are at risk of eviction.
    f. The Debtor(s) cannot afford to pay their normal everyday living expenses.
11. The Debtor is currently in month the 49th month of their 60 day plan.
12. Modification/submission of a new plan for confirmation is not practicable, as the Debtor(s) income received from all sources is not even sufficient to them to cover their own living expenses.
13. It is not the best interest of the Debtor(s) to attempt a Chapter 7 conversion as it places both the Internal Revenue Service and the Vehicle Order's at risk.
14. The Debtor does not have sufficient funds to reinstate the Chapter 13 case.
15. The Debtor is requesting a hardship discharge due to insufficient funds to complete the proposed plan.

Wherefore, the debtor respectfully prays that the Court set aside the Order dismissing this case and for entry of an Order granting the Debtor's motion and entry of a hardship discharge and for and other relief that this Court deems just and proper.

By:  /s/ Teresa M. Alvarez, Esq.
FBN 973677
TERESA MARIA ALVAREZ, P.A.
Attorneys for the debtors
2525 Ponce de Leon Boulevard
Suite 300
Coral Gables, FL 33134
TEL 305-667-3040
Assistant@teresaalvarezpa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy the foregoing was mailed to Nancy Herkert, Trustee via the ECF system and to all others listed on the matrix via the ECF system and to all other listed on the matrix and/or any necessary parties that do not receive filing via the ECF system via the US mail on this 23rd, April, 2018.

By:  /s/ Teresa M. Alvarez, Esq.